UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EXERGEN CORPORATION,

      Plaintiff,

v.

      Civil Action No. 02-CV-10436-RCL

CVS Corporation

      Defendant.

### EXERGEN'S REPLY TO DEFENDANT CVS CORPORATION'S COUNTERCLAIMS

For its Reply to CVS Corporation's Counterclaims included in Defendant CVS Corporation's Answer and Counterclaims, Exergen pleads as follows:

**The Parties**

1.    Admitted.

2.    Admitted.

**Jurisdiction and Venue**

3.    Admitted.

4.    Exergen admits that there is an actual controversy between the parties. Whether the court should exercise its discretion to declare the respective rights of the parties is a legal issue and therefore no answer is required.

5.    No facts are alleged and therefore no answer is required.

6.    Admitted.

**Count I: Declaration of Noninfringement of the '813 Patent**

7.    Exergen incorporates its responses as set forth in paragraphs 1-6 above.

8.    Denied.

9.    Denied.

**Count II: Declaration of Invalidity of the '813 Patent**

10.   Exergen incorporates its responses as set forth in paragraphs 1-6 above.



11. Denied.

12. Denied.

**Count III: Declaration of Noninfringement of the '436 Patent**

13. Exergen incorporates its responses as set forth in paragraphs 1-6 above.

14. Denied.

15. Denied.

**Count IV: Declaration of Invalidity of the '436 Patent**

16. Exergen incorporates its responses as set forth in paragraphs 1-6 above.

17. Denied.

18. Denied.

**Count V: Declaration of Noninfringement of the '238 Patent**

19. Exergen incorporates its responses as set forth in paragraphs 1-6 above.

20. Denied.

21. Denied.

**Count VI: Declaration of Invalidity of the '238 Patent**

22. Exergen incorporates its responses as set forth in paragraphs 1-6 above.

23. Denied.

24. Denied.

**Count VII: Declaration of Noninfringement of the '205 Patent**

25. Exergen incorporates its responses as set forth in paragraphs 1-6 above.

26. Denied.

27. Denied.

**Count VIII: Declaration of Invalidity of the '205 Patent**

28. Exergen incorporates its responses as set forth in paragraphs 1-6 above.

29. Denied.

30. Denied.

**Count IX: Declaration of Noninfringement of the '685 Patent**

31. Exergen incorporates its responses as set forth in paragraphs 1-6 above.

32. Denied.

33. Denied.

**Count X:  Declaration of Invalidity of the '685 Patent**

34. Exergen incorporates its responses as set forth in paragraphs 1-6 above.

35. Denied.

36. Denied.

**ATTORNEY'S FEES AND COSTS**

37. Exergen incorporates its responses as set forth in paragraphs 1-36 above.

38. Denied.

## AFFIRMATIVE DEFENSES

### First

Defendant CVS Corporation's Counterclaims fail to state a claim upon which relief may be granted.

### Second

Defendant CVS Corporation's Counterclaims fail to plead facts sufficient to maintain an allegation that the case is exceptional under 35 U.S.C. §285.

### Third

The Court should not and need not exercise its discretionary jurisdiction with respect to Defendant CVS Corporation's Counterclaims.

WHEREFORE, Plaintiff Exergen prays that this Court:

1. dismiss Defendant CVS Corporation's Counterclaims with prejudice and/or enter judgment for Exergen on the Counterclaims;

2. award Exergen its costs and attorney's fees associated with the Defendant CVS Corporation's Counterclaims; and

3. award such other relief as it deems just and reasonable.

Dated: 04/21/02

_____
Gregory A. Madera (BBO #313020)
Heidi E. Harvey (BBO #548114)
Christopher Centurelli (BBO #640974)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
TEL: (617) 542-5070
FAX: (617) 542-8906
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing EXERGEN'S REPLY TO DEFENDANT CVS CORPORATION'S COUNTERCLAIMS was served as indicated below on counsel for the parties listed below at the following address(es):

By hand upon:

Joseph L. Kociubes, Esq.  Defendant
Bingham Dana, LLP  CVS Corporation
150 Federal Street
Boston, MA 02110-1726


By facsimile and first class mail upon:

Michael K. Friedland, Esq.
Knobbe, Martens, Olson & Bear, LLP
620 Newport Center Drive
16th Floor
Newport Beach CA 92660


this 22nd day of April, 2002.

/s/ Karen J. Dengal

20417337.doc